■ Albert L. Schaps, Respondent, v. Benjamin Roberman, Appellant.— After the complaint had been dismissed in an action brought by respondent to compel appellant and his wife to perform a written memorandum for the sale and purchase of real property, respondent brought this action at law to recover damages for breach of contract. The complaint in the specific performance action was dismissed on the merits after trial because appellant's wife had not signed the memorandum although appellant had. The appeal is from an order denying appellant's motion to dismiss the complaint herein on the ground that the judgment dismissing the complaint in the prior action for specific performance is *res judicata* as to this action at law. Order affirmed, with $10 costs and disbursements. (*Clarkson Bldg. Corp.* v. *Schafer-Nebenzahl Investing Co.*, 234 App. Div. 794, affg. 138 Misc. 750.) Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ Bernard Schmall, Appellant, v. North Shore Transportation Co., Inc., et al., Respondents.— In an action to recover damages for injuries to person and property, the jury disagreed and the court thereupon granted a motion to direct a verdict in favor of respondents. The appeal is from the judgment entered thereon dismissing the complaint. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ Town of Eastchester, Respondent, v. James C. Noble, Individually and Doing Business as Noble Van & Storage Company, Appellant.— Appeal from a judgment enjoining the use of appellant's premises for the storage or parking of motor vehicles, in violation of the zoning ordinance of the Town of Eastchester. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ.